FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER A. STADTMUELLER,<br><br>    Appellant,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service,<br><br>    Appellee. | NO: 2:25-CV-00282-RLP<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is a Motion to Dismiss Appeal submitted by Appellant Roger A. Stadtmueller. ECF No. 4. Pursuant to the stipulation of the parties, the motion, **ECF No. 4**, is **GRANTED**. The above-captioned appeal is **DISMISSED** without prejudice and without fees or costs to either party.

The District Court Executive is directed to enter this Order and Judgment and furnish copies to counsel.

**DATED** September 2, 2025.

_____
REBECCA L. PENNELL
United States District Judge

ORDER OF DISMISSAL ~ 1